# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

COSTS TAXED

In re: VALDEZ FISHERIES
DEVELOPMENT ASSOCIATION, INC.,

Debtor,

------------------------

SEA HAWK SEAFOODS, INC.,

Plaintiff - Appellant,

v.

STATE OF ALASKA,

Defendant - Appellee.

No. 04-35319

D.C. No. CV-03-00192-RRB

**JUDGMENT**

RECEIVED
MAR 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED**.

Filed and entered 02/22/06

**SCANNED**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court

MAR 1 6 2006

by: _____
Deputy Clerk