UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| *In re* ) | |
| ) | No. 3:03-cv-00192-RRB |
| VALDEZ FISHERIES DEVELOPMENT ) | |
| ASSOCIATION, INC., ) | JUDGMENT AFTER REVERSAL |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| SEA HAWK SEAFOODS, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | On Appeal From |
| v. ) | United States Bankruptcy Court |
| ) | District of Alaska |
| STATE OF ALASKA, ) | Hon. Donald MacDonald IV |
| ) | Chief Bankruptcy Judge |
| Appellee. ) | Adv. Proc. 02-90068 |

The judgment of this Court entered at docket 15 having been reversed on appeal by the U.S. Court of Appeals for the Ninth Circuit in a decision reported at 439 F.3d 454 (9th Cir.2006), and

It having been determined that the bankruptcy court lacked jurisdiction,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment entered at docket 15 is hereby VACATED; the decision of the U.S. Bankruptcy Court for the District of Alaska is REVERSED and the matter REMANDED with instructions to dismiss.

Dated:     May 16, 2006

                                              s/ Ralph R. Beistline
                                              RALPH R. BEISTLINE
                                              United States District Court